UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT FRANCIS KOELFGEN,

Plaintiff,

v.

TRANS UNION CORPORATION,

Defendant.

CIVIL NO. 00-901 (DSD/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Sanction

No later than June 1, 2000, Plaintiff shall pay to the Clerk of Court the sum of $25 as a sanction, pursuant to the provisions of Rule 16(f) of the Federal Rules of Civil Procedure. Plaintiff failed to participate in the preparation of the Rule 26(f) Report, and failed to attend the pretrial conference as ordered. A party who appears pro se is required to fully comply with all of the Orders and Rules of this Court, but of course will not be subjected to burdens beyond those expected of parties represented by counsel.

Pleadings/Disclosures

June 15, 2000 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

Filed MAY 16 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

| | |
|---|---|
| July 1, 2000 - | All motions which seek to amend the pleadings or add parties must be served and filed. |

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| September 1, 2000 - | By Plaintiff |
| October 1, 2000 - | By Defendant |

| | |
|---|---|
| October 1, 2000 - | All Rule 35 medical examinations shall be completed. |
| February 1, 2001 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| February 5, 2001 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| April 1, 2001 - | All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than June 1, 2001. The parties estimate that trial of this Non-Jury matter will take 1 day.

General

No more than 5 depositions shall be taken by any party.

No more than 25 Interrogatories, 25 Document Requests and 25 Requests for Admissions (including all subparts) shall be served by any party.

Each party may depose no more than 2 experts.

Each party may call no more than 2 experts at trial.

Dated: May 16, 2000

JOHN M. MASON
United States Magistrate Judge