**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **ROBERT FRANCIS KOELFGEN,** **Plaintiff,** | ) | **Civil Action No.: 00-901 (DSD/JMM)** |
| **v.** | ) | |
| **TRANS UNION CORP,** **Defendant.** | ) | |

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by the Plaintiff, pro se, and Defendant Trans Union LLC, through counsel, that Plaintiff's claims and this action are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

ROBERT FRANCIS KOELFGEN,
PLAINTIFF Pro Se

Robert Francis Koelfgen
1731 1080th St. S.W.
Montrose, MN 55363

SHAPIRO PROFESSIONAL
ASSOCIATION

8/22/00

Lawrence M. Shapiro (#130886)
Susan D. Holappa (#1 2741)
Attorney for Defendant Trans Union LLC
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
Telephone: (612) 542-1716

LET JUDGMENT BE ENTERED ACCORDINGLY.

**IT IS SO ORDERED.**

Dated: Aug 23, 2000

United States District Judge

FILED 8-24-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 8-24-00
DEPUTY CLERK